UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOOJAS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BLUE CROSS OF CALIFORNIA, INC.,<br><br>        Defendant. | Case No. 22-cv-03269-JST<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE STAYED** |

Defendant's motion to dismiss, ECF No. 42, is pending before the Court. There currently is a consolidated appeal pending before the Ninth Circuit in *Saloojas, Inc. v. Aetna Health of California, Inc.* ("*Aetna Health*"), Case Nos. 22-16034, 22-1035, 22-16036, 22-16037, 22-16038. Each of the underlying cases in that appeal concerns allegations and claims by Plaintiff that are virtually identical to those in this case. The Ninth Circuit's resolution of the consolidated appeal will necessarily bear on this Court's resolution of Defendant's motion to dismiss. Accordingly, the Court hereby orders the parties to show cause why this case should not be stayed pending a decision by the Ninth Circuit in *Aetna Health*. *See generally Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109-12 (9th Cir. 2005); *Clinton v. Jones*, 520 U.S. 681, 708 (1997).

The parties are invited to file simultaneous briefs of no more than 4 pages by April 28, 2023 addressing whether a stay of this case is appropriate for the reasons described above. If no party files a responsive brief, the Court will stay this case.

**IT IS SO ORDERED.**

Dated: April 14, 2023



_____
JON S. TIGAR
United States District Judge