UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOOJAS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA, INC.,<br><br>  Defendant. | Case No. 22-cv-03269-JST<br><br>**ORDER STAYING CASE**<br>Re: ECF No. 56 |

The Ninth Circuit denied *en banc* review of its decision in *Saloojas, Inc. v. Aetna Health of California, Inc.* ("*Aetna Health*"), 80 F.4th 1011 (9th Cir. 2023), but Plaintiff Saloojas, Inc. has indicated its intention to petition the Supreme Court to grant a writ of certiorari. Defendant Blue Cross of California, Inc. does not oppose, a continued stay of this case.

Accordingly, this case is hereby stayed pending the outcome of the petition. Within 21 days of the issuance of the certiorari decision, the parties shall submit a joint case management statement proposing how to proceed in this case, which may include, if appropriate, requesting a new hearing date on Defendant's motion to dismiss, ECF No. 42.

**IT IS SO ORDERED.**

Dated: November 15, 2023



JON S. TIGAR
United States District Judge